UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar
Law Offices of Camille Kassar, LLC
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax:973-860-2448
email:ckassar@locklawyers.com

Order Filed on July 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Juan V. Aponte

Case No.: 19-27833 VFP

Chapter: 13

Judge: VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 7, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar_____, the applicant, is allowed a fee of $ _____1235.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1235.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____557.00_____ per month for _____51_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Juan V Aponte  
     Debtor

Case No. 19-27833-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1          Date Rcvd: Jul 08, 2020
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
db          +Juan V Aponte,    942 Van Buren Street,    Elizabeth, NJ 07201-1816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
       Camille J Kassar    on behalf of Debtor Juan V Aponte ckassar@locklawyers.com,
        kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com
       Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4