UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Camille J. Kassar
Law Offices of Camille J. Kassar
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax:973-860-2448
email:ckassar@locklawyers.com

Order Filed on August 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Juan V. Aponte

Case No.: 19-27833 ~~20-23678~~

Chapter: 13

Judge: VFP

## AMENDED
## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 23, 2021**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar_____, the applicant, is allowed a fee of $ _____525.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____525.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____636.00_____ per month for _____38_____ months to allow for payment of the above fee.

*rev.8/1/15*