DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard A. Gerbino, Esq. (ID #057351993)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
716 Newman Springs Road Suite 372
Lincroft, NJ 07738
(551) 280-9780
Attorneys for Creditor, Prestige Financial Services, Inc.

Order Filed on March 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Juan V Aponte,

        Debtor.

Case No.: 19-27833-VFP

Hearing Date: February 17, 2022 @ 10:00 am

Judge.: Vincent F. Papalia

Chapter: 13

## ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: March 2, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

**Page 2**
Debtor: Juan V Aponte,
Case No.: 19-27833-VFP
Caption of Order: **Order Vacating Automatic Stay**

Upon the motion of Prestige Financial Services, Inc. (hereinafter "Movant") under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction and otherwise pursue the Movant's rights in the following:

Personal property more fully described as:

**one (1) 2018 Nissan Pathfinder SV Sport Utility 4D (V.I.N. 5N1DR2MM4JC611953)**

It is further ORDERED that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.