| | |
|---|---|
| DISTRICT OF NEW JERSEY <br> UNITED STATES BANKRUPTCY COURT <br><br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br><br> Richard A. Gerbino, Esq. (ID #057351993) <br> Schiller, Knapp, Lefkowitz & Hertzel, LLP <br> A LLP Formed in the State of New York <br> 716 Newman Springs Road Suite 372 <br> Lincroft, NJ 07738 <br> (551) 280-9780 <br> Attorneys for Creditor, Prestige Financial Services, Inc. | Order Filed on March 2, 2022 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br>     Juan V Aponte, <br><br>                 Debtor. | Case No.: 19-27833-VFP <br><br> Hearing Date: February 17, 2022 @ 10:00 am <br><br> Judge.: Vincent F. Papalia <br><br> Chapter: 13 |

## ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: March 2, 2022**

                                                                                             **Honorable Vincent F. Papalia** <br>
                                                                                             **United States Bankruptcy Judge**

1

**Page 2**
Debtor: Juan V Aponte,
Case No.: 19-27833-VFP
Caption of Order: **Order Vacating Automatic Stay**

Upon the motion of Prestige Financial Services, Inc. (hereinafter "Movant") under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction and otherwise pursue the Movant's rights in the following:

Personal property more fully described as:

**one (1) 2018 Nissan Pathfinder SV Sport Utility 4D (V.I.N. 5N1DR2MM4JC611953)**

It is further ORDERED that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27833-VFP |
| Juan V Aponte | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 02, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Juan V Aponte, 942 Van Buren Street, Elizabeth, NJ 07201-1816 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 04, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Camille J Kassar | on behalf of Debtor Juan V Aponte ckassar@locklawyers.com<br>bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Richard Gerbino | on behalf of Creditor Prestige Financial Services  Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 02, 2022 | Form ID: pdf903 | Total Noticed: 1

Richard Gerbino
    on behalf of Creditor Restige Financial Services  Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7