Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  19−27833−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan V Aponte
   942 Van Buren Street
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−2968

Employer's Tax I.D. No.:

_____

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 17, 2022.

Dated: March 17, 2022
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 19-27833-VFP |
|---|---|
| Juan V Aponte | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2022 | Form ID: plncf13 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan V Aponte, 942 Van Buren Street, Elizabeth, NJ 07201-1816 |
| aty | + | Jenelle C. Arnold, Aldridge Pite, LLP, 4375 Jutland Dr., Ste., 200, PO Box 17933 San Diego, CA 92177-7921 |
| 518515603 | + | Ally Bank, Ally Detroit Center, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 518466424 | + | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518515601 | + | M&T Bank, P.O. Box 619013, Dallas, TX 75261-9013 |
| 518515602 | + | Maria Morales, 942 Van Buran Ave, Elizabeth, NJ 07201-1816 |
| 518466427 | + | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 518466428 | + | Xcel Federal Credit Un, 1460 Broad St, Bloomfield, NJ 07003-3014 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 17 2022 20:34:26 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 20:34:39 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518576733 | | Email/Text: ally@ebn.phinsolutions.com | Mar 17 2022 20:31:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519260278 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 17 2022 20:34:40 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518587758 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 17 2022 20:31:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518466425 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2022 20:34:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518510953 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2022 20:34:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519152696 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 17 2022 20:31:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 518985994 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 17 2022 20:31:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518466426 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 17 2022 20:34:34 | Credit One Bank, Attn: Bankruptcy Department, |

District/off: 0312-2                                       User: admin                                       Page 2 of 3

Date Rcvd: Mar 17, 2022                              Form ID: plncf13                              Total Noticed: 30

| | | | |
|---|---|---|---|
| | | | Po Box 98873, Las Vegas, NV 89193-8873 |
| 518593154 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 17 2022 20:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518565488 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 17 2022 20:34:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518553282 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 17 2022 20:32:00 | Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518551932 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 17 2022 20:32:00 | Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518538820 | + Email/Text: bankruptcy@gopfs.com | | |
| | | Mar 17 2022 20:32:00 | Prestige Financial Services, PO Box 26707, Salt Lake City, UT 84126-0707 |
| 518564276 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 17 2022 20:32:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518470374 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 17 2022 20:32:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518495690 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | Mar 17 2022 20:34:44 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518469079 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 17 2022 20:34:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518572278 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Mar 17 2022 20:34:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518985995 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille J Kassar | |

on behalf of Debtor Juan V Aponte ckassar@locklawyers.com
bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon

on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Richard Gerbino

on behalf of Creditor Prestige Financial Services  Inc. rgerbino@schillerknapp.com,
kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard Gerbino

on behalf of Creditor Restige Financial Services  Inc. rgerbino@schillerknapp.com,
kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7