|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Camille J. Kassar<br>Law Offices of Camille J. Kassar, LLC<br>271 Route 46 West<br>Suite C-102<br>Fairfield, NJ 07004<br>973-227-3296<br>Fax:973-860-2448<br>Email: Ckassar@locklawyers.com | Order Filed on June 17, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Juan V. Aponte | Case No.: 19-27833<br>Chapter: 13<br>Judge: VFP |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 17, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Camille J. Kassar the applicant, is allowed fee of $ 1242.50 for services rendered and expenses in the amount of

$ _____ for a total of $ 1242.50 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 550.00 per month for 29 months to allow for payment of the above fee.

*rev.8/1/15*

2