UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
NJ Bar No. 262092017
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112

Order Filed on October 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 19-27833-VFP |
| --- | --- | --- |
| | Hearing Date: | October 6, 2022 |
| JUAN V. APONTE | Judge: | Papalia |
| Debtor, | Chapter: | 13 |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
| --- | --- | --- |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 11, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of _____Consumer Portfolio Services, Inc._____, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

❏    Real property more fully described as:

☑    Personal property more fully described as:

  2016 Nissan Maxima Sedan 4D S, VIN# 1N4AA6AP6GC427553
  (Relief from Stay to be granted)

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*Rev. 7/1/04; jml*