| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 482-1400<br>File No. 231669-1<br>Attorneys for Secured Creditor: Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust |

| | |
|---|---|
| In Re:<br><br>Juan V Aponte | Case No.: 19-27833-VFP<br>Chapter 13<br><br>Judge: Vincent F. Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
    Roger Fay, Esquire
    Milstead & Associates, LLC
    14000 Commerce Parkway, Suite H
    Mount Laurel, NJ 08054

DOCUMENTS:
    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
    ☒ All documents and pleadings of any nature.

| | |
|---|---|
| DATED: February 23, 2023 | MILSTEAD & ASSOCIATES, LLC<br><br>/s/ Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 482-1400<br>File No. 231669-1<br>Attorneys for Secured Creditor |